IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENDA DICKSON,

    Plaintiff,

vs.                                                 Civ. No. 01-192 WWD/LFG ACE

CITY OF ALBUQUERQUE, JOHN DANTIS,
individually and in his official capacity as
director of the Bernalillo County Detention
Center; JACK YARMOLA, individually and
in his official capacity as supervisor of the
Bernalillo County Detention Center; THE
COUNTY OF BERNALILLO, through its
BOARD OF COMMISSIONERS OF THE
COUNTY OF BERNALILLO,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter having come before the Court upon Defendant Jack Yarmola's Motion for Summary Judgment [docket no. 57]; the Court having considered the submissions of counsel and having determined that there is a material question of fact as to whether Defendant Yarmola is a "law enforcement officer"; and as to whether the conduct alleged by Plaintiff would be an assault and battery; and the Court having found that the claim against Defendant Yarmola is not barred by the provisions of the New Mexico Workers Compensation Act;

**IT IS ORDERED** that Defendant Jack Yarmola's Motion for Summary Judgment [docket no. 57] be, and it is hereby, DENIED.

                                                                            UNITED STATES MAGISTRATE JUDGE